**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN YOUNG,<br><br>   Petitioner,<br><br> v.<br><br>SUPERIOR COURT ALAMEDA COUNTY,<br><br>   Respondent. | No. C 14-03550 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION<br><br><br>(Docket No. 3) |

   On August 6, 2014, Petitioner, who is currently incarcerated at High Desert Prison in Susanville, California, filed petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Docket No. 1.) On the same day, the Clerk sent Petitioner a notice that he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (Docket No. 2.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.) Petitioner has filed a motion requesting an extension of time. (Docket No. 3.) Petitioner states that it will take him sixty days to obtain the necessary documents to file a complete IFP application due to the facility rules. (*Id.*)

   Petitioner's motion is **GRANTED** in part. The Court notes that Petitioner filed an IFP application on August 26, 2014, (Docket No. 4), which is still deficient because

Order Granting EOT to File IFP
P:\PRO-SE\EJD\HC.14\03550Young_eot-ifp.wpd

1  Petitioner did not attach a Certificate of Funds. Petitioner must file a Certificate of
2  Funds completed and signed by a prison official **no later than thirty (30) days** from
3  the date this order is filed. In the alternative, Petitioner may file the $5.00 filing fee in
4  the same time provided.

**Failure to file a timely response in accordance with this order by filing a complete IFP application or paying the filing fee in the time provided will result in the dismissal of this action without further notice to Petitioner.**

The Clerk shall enclose two blank Certificate of Funds with a copy of this order to Petitioner.

This order terminates Docket No. 3.

DATED: 9/5/2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRIAN YOUNG,

        Petitioner,

  v.

SUPERIOR COURT ALAMEDA COUNTY,

        Respondent.
_____/

Case Number CV 14-03550 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  9/8/2014 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Brian Young**
T-15087
High Desert State Prison
P. O. Box 3030
Susanville, CA 96127

DATED: _____9/8/2014_____

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk